# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:18 CV 110

| | |
|---|---|
| KEVIN CLARK, ) | |
|      Plaintiff, ) | |
| v. ) | **ORDER** |
| ASHEVILLE FORD, LLC, ROBERT ) SLEBONICK, *and* WILLIAM SIMPSON, ) | |
|      Defendants. ) | |

This matter is before the Court upon Defendants' Motion to Amend Pretrial Order and Case Management Plan (Doc. 25). Defendants seek an extension of the discovery deadline through and including March 31, 2019 and of the motions deadline through and including April 30, 2019. Id. at 3. Plaintiff filed a Response to Defendants' Motion to Amend Pretrial Order and Case Management Plan (Doc. 26) consenting to the requested extensions. Id. at 3.

The Pretrial Order and Case Management Plan (Doc. 10), which was entered on May 31, 2018, set February 1, 2019 as the deadline for discovery and March 1, 2019 as the dispositive motions deadline. Id. at 1.

By Order entered on August 31, 2018 (Doc. 13), Plaintiff's Motion for Extension of Deadlines for Expert Reports (Doc. 12) was allowed, and the parties' deadlines for service of expert reports were enlarged.

Having reviewed the Court's docket, the instant Motion, and the Response, the Court will allow the requested extensions. However, in light of these extensions, and the trial date of August 5, 2019, the parties are advised that any further requests for extension, including requests that response and reply deadlines associated with the briefing of any dispositive motions be enlarged, will not be allowed absent extraordinary circumstances.

**IT IS THEREFORE ORDERED THAT:**

1. Defendants' Motion to Amend Pretrial Order and Case Management Plan (Doc. 25) is hereby **GRANTED**;

2. The Pretrial Order and Case Management Plan (Doc. 10) is **AMENDED** as follows:

    a. Discovery shall be completed on or before **March 31, 2019**, and

    b. Dispositive motions shall be filed on or before **April 30, 2019**; and

3. Except as amended, the Pretrial Order and Case Management Plan (Doc. 10) remains in full force and effect.

Signed: January 10, 2019

W. Carleton Metcalf
United States Magistrate Judge